| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Shelly Leann Adams<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9373<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court  Northern District of Texas | | |
| Case number:  24–34065–swe7 | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shelly Leann Adams

4/29/25                                             **By the court:** Scott W Everett
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

In re:  
Shelly Leann Adams  
    Debtor

Case No. 24-34065-swe  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 29, 2025      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelly Leann Adams, PO Box 8561, Greenville, TX 75404-8561 |
| 21497784 | ++ | BLALACK WILLIAMS P C, 4851 LBJ FREEWAY, SUITE 750, DALLAS TX 75244-6012 address filed with court:, Blalack & Williams, 4851 LBJ Frwy #750, Dallas, TX 75244 |
| 21497779 | + | Baylorscott & White Surgicare Rockwall, 825 Yellowjacket Lane, Rockwall, TX 75087-4818 |
| 21497789 | ++ | COMMERCIAL AND MEDICAL CREDIT SERVICES, 9844 LORENE, SAN ANTONIO TX 78216-4438 address filed with court:, Commercial & Medical Credit Services, 9844 Lorene, San Antonio, TX 78216 |
| 21497785 | + | Car Town Motors/Logo Acceptance, 3006 State Highway 66, Caddo Mills, TX 75135-6207 |
| 21497786 | + | Cash Max, 3354 Broadway Blvd., Garland, TX 75043-1531 |
| 21497787 | | Cash Store, 8824 TX-34 South, Quinlan, TX 75474 |
| 21497788 | + | Colorado Technical University, PO Box 7890, ATTN: Student Accounts, Carol Stream, IL 60197-7890 |
| 22544922 | + | Cook Keith & Davis, P.C., c/o Stephen Davis, 6688 N. Central Expressway, Suite 1000, Dallas, Texas 75206-3900 |
| 21617656 | + | Cook, Keith & Davis, PC, 6688 N. Central Expwy # 1000, Dallas, Texas 75206-3900 |
| 21617663 | + | Cook, Keith & Davis, PC, 6688 N. Central Expwy. #1000, Dallas, Texas 75206-3900 |
| 21497796 | + | Frost Bank, PO Box 2901, San Antonio, TX 78299-2901 |
| 21497797 | + | Independent Recovery, 6493 Lu Don Dr., Hamburg, NY 14075-7318 |
| 21497798 | + | Majors Apartment Complex, 2410 Jack Finney Blvd., # 8303, Greenville, TX 75402-3744 |
| 21497799 | + | Metro Anesethia, PO Box 650823, Dept. # 41197, Dallas, TX 75265-0823 |
| 21497802 | | Nationwide Capital Services (Check N Go), 4300 E. Sunset Rd., #D1, Henderson, NV 89014-2269 |
| 21595829 | | Panhandle-Plains Higher Education (PPHEF), PO Box 1055, Canyon, Texas 79015-1055 |
| 21497808 | + | Remitly Inc., 1111 3rd. Ave. #2100, Seattle, WA 98101-3207 |
| 21497809 | | South District Group (Cash Max), Howell Mill Rd., Atlanta, GA 30318 |
| 21497810 | + | Texas A&M University Commerce, PO Box 3011, ATTN: Student Accounts, Commerce, TX 75429-3011 |
| 21497814 | + | Wise US, Inc./ True Accord, 16011 College Blvd. #130, Lenexa, KS 66219-9877 |
| 21497815 | + | Xoom (Pay Pal) (American Coradius Intl.,, 2420 Sweet Home Rd., #150, Amherst, NY 14228-2244 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21497777 | + | Email/Text: bnc@teampurpose.com | Apr 29 2025 22:10:00 | Advance America, 5025 Wesley St., Greenville, TX 75402-6314 |
| 21497790 | | Email/Text: BKY@conserve-arm.com | Apr 29 2025 22:09:00 | Con Serve, 200 Cross Keys Office Park, Fairport, NY 14450 |
| 21497791 | + | EDI: PHINGENESIS | Apr 30 2025 02:02:00 | Concora Credit / FEB Destiny, PO Box 4477, Beaverton, OR 97076-4401 |
| 21497792 | | EDI: CACINC.COM | Apr 30 2025 02:02:00 | Consumer Adjustment Company, 12855 Tesson Ferry Rd., Saint Louis, MO 63128-2911 |
| 21497792 | | Email/Text: EDI@CACIONLINE.NET | Apr 29 2025 22:09:00 | Consumer Adjustment Company, 12855 Tesson Ferry Rd., Saint Louis, MO 63128-2911 |
| 21497793 | + | Email/Text: bankruptcy@curo.com | Apr 29 2025 22:10:00 | Covington Credit, 301 N. Main Street, Greenville, SC 29601-2171 |

| District/off: 0539-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 21497794 | ^ | MEBN | Apr 29 2025 22:09:04 | Customer Care Global, 2500 W. Higgins Rd. #950, Hoffman Estates, IL 60169-2085 |
| 21497795 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 29 2025 22:18:55 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 21497805 | | Email/Text: bankruptcy@nfm.com | Apr 29 2025 22:09:00 | Nebraska Furniture Mart, PO Box 3456, Omaha, NE 68103-2335 |
| 21497804 | | EDI: NFCU.COM | Apr 30 2025 02:02:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 21497803 | + | EDI: NFCU.COM | Apr 30 2025 02:02:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 21497806 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2025 22:10:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 21497807 | + | EDI: AGFINANCE.COM | Apr 30 2025 02:02:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 21497811 | + | Email/Text: BankruptcyNotices@ccfi.com | Apr 29 2025 22:10:00 | Title Max, 2202 Lakeview Pkwy # 101 & 102, Rowlett, TX 75088-3386 |
| 21497812 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2025 22:09:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 21497813 | | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 29 2025 22:10:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21497778 | *+ | Advance America, 5025 Wesley Street, Greenville, TX 75402-6314 |
| 21497780 | *+ | Baylorscott & White Surgicare Rockwall, 825 Yellowjacket Lane, Rockwall, TX 75087-4818 |
| 21497781 | *+ | Baylorscott & White Surgicare Rockwall, 825 Yellowjacket Lane, Rockwall, TX 75087-4818 |
| 21497782 | *+ | Baylorscott & White Surgicare Rockwall, 825 Yellowjacket Ln., Rockwall, TX 75087-4818 |
| 21497783 | *+ | Baylorscott & White Surgicare Rockwall, 825 Yellowjacket Ln., Rockwall, TX 75087-4818 |
| 21497800 | *+ | Metro Anesethia, PO Box 650823, Dept. # 41197, Dallas, TX 75265-0823 |
| 21497801 | *+ | Metro Anesethia, PO Box 650823, Dept. # 41197, Dallas, TX 75265-0823 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: 318 | Total Noticed: 37 |

Daniel Herrin
    on behalf of Plaintiff Shelly Leann Adams ecf@herrinlaw.com HerrinLawPLLC@jubileebk.net

Daniel Herrin
    on behalf of Debtor Shelly Leann Adams ecf@herrinlaw.com HerrinLawPLLC@jubileebk.net

Raymond Hopson, Jr
    on behalf of Debtor Shelly Leann Adams rlhatty@yahoo.com matt_lawoffice@yahoo.com

Scott M. Seidel
    scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

United States Trustee
    ustpregion06.da.ecf@usdoj.gov


TOTAL: 5